IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **VS.** | *   CR. NO. 02-00116-CG |
| | * |
| **ELROD DAVID MILLER,** | * |
| | * |
| **Defendant.** | * |

## ORDER

This matter is before the court on the United States' Motion Filed Pursuant to F.R.C.P. 35, requesting reduction of sentence for substantial assistance in a criminal prosecution.

Upon due consideration and based on the grounds cited, the United States' motion is **GRANTED**. Therefore, it is **ORDERED** that defendant Elrod David Miller's sentence as set out in the judgment entered on July 15, 2003 (Doc. 153) hereby is amended, and his term of imprisonment as to Count 1 is reduced from eighty-four (84) months to sixty-six (66) months. All other terms and conditions of the sentence and judgment remain the same.

**DONE AND ORDERED** this 7th day of December, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE